AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

FILED
AUG 1 0 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Cesar Arturo GONZALEZ | ) Case No. EP-23-M-2472-RFC |
| | ) |
| | ) |
| _____ | ) |
| Defendant(s) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __10/06/2021__ in the county of __El Paso__ in the __Western__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 554(a) | Whoever fraudulently or knowingly exports or sends from the United States, or attempts to export or send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, or receives, conceals, buys, sells, or in any manner facilitates the transportation, concealment, or sale of such merchandise, article or object, prior to exportation, knowing the same to be intended for exportation contrary to any law or regulation of the United States |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
Complainant's signature

Lee Rivas, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.
Oath Telephonically Sworn
At __1:10__ PM
Fed.R.Crim.P.4.1(b)(2)(A)

Date: __08/10/2023__

_____
Judge's signature

City and state: __El Paso, Texas__     Robert F. Castaneda, U.S. Magistrate Judge
*Printed name and title*

Affidavit

On October 6, 2021, Homeland Security Investigations (HSI) El Paso conducted an operation involving the interdiction of a firearm that was going to be illegally exported to Mexico. Through surveillance, agents discovered that a member of a drug trafficking organization (DTO) had recently purchased a FN SCAR rifle, which was to be smuggled into Mexico in a white Ford F-150 pickup with Chihuahua registration. At approximately 8:12 p.m., Customs and Border Protection Officers (CBPOs) assigned to the Ysleta Port of Entry (POE) assisted HSI agents with the interdiction the white Ford F-150 pickup, which contained the firearm. The F-150 was attempting to leave the United States (U.S.) through the southbound lanes of the Ysleta POE. CBPOs encountered the vehicle after it had committed to exiting the U.S. and discovered a FN SCAR rifle concealed inside the truck. The vehicle was being driven by Cesar Gonzalez (GONZALEZ), a U.S. Citizen.

At approximately 10:10 pm, GONZALEZ was read the Miranda warning by HSI agents. He waived his rights and agreed to provide a statement without an attorney present. GONZALEZ admitted to knowing there was a firearm under the rear seat of the Ford F-150, which belonged to a member of the DTO. GONZALEZ stated that DTO member purchased the firearm 3-5 days prior in El Paso. GONZALEZ further admitted the DTO member offered him $200.00 to illegally export the firearm to Mexico. GONZALEZ said he was going to be paid by the DTO member once he arrived in Cd. Juarez with the firearm. Agents released GONZALEZ pending further investigation. GONZALEZ absconded to Mexico and had not returned to the U.S. until August 8, 2023, when he entered the U.S. through the Santa Teresa POE. On August 9, 2023, agents arrested GONZALEZ at the Hampton Inn, located at the 6400 block of S Desert Blvd in El Paso for attempting to smuggle goods from the U.S. in violation of 18 U.S.C. §554.